BEFORE: WILLIAM D. WALL                                         DATE: 2/03/04

UNITED STATES MAGISTRATE JUDGE                                  TIME: 2:00 p.m.
DOCKET NO. CV 02-4348                                           ASSIGNED JUDGE: Hurley

CASE NAME: Tesoriero v. Syosset Central School District

CIVIL CONFERENCE

Initial _____   Status __X__   Settlement _____   Pretrial _____

Other _____

APPEARANCES:    Plaintiff      Laurel Kretzing

                Defendant      Bill Boltrek    (Syosset S.D.)

                               Thomas Liotti (Appearance excused)

SCHEDULING:

1.    The next   Pretrial   conference will be held on   April 20, 2004 at 11 a.m.   .

THE FOLLOWING RULINGS WERE MADE:
      Plaintiff's letter application of January 29, 2004 is granted to the extent that the time to take the depositions of Dr. Streitman and defendant Casey are extended to March 30, 2004. The following deadlines are established:
      Plaintiff's expert report due by March 19, 2004
      Defendants' expert reports due by March 31, 2004
      A joint proposed pretrial order shall be submitted at the next conference.

                                                        SO ORDERED