UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
KARA TESORIERO and KRISTA TESORIERO,

                           Plaintiffs,

        -against-

SYOSSET CENTRAL SCHOOL DISTRICT
and THOMAS CASEY,

                        Defendants.
--------------------------------------------------------------X

**PLAINTIFFS' FIRST SET OF
INTERROGATORIES TO
DEFENDANT SYOSSET
CENTRAL SCHOOL DISTRICT**

Civil Case No. 02-CV-4348
(DRH/WDW)

Plaintiffs Kara Tesoriero and Krista Tesoriero, by their attorneys, William H. Englander, P.C. and Jaspan Schlesinger Hoffman LLP, hereby request that defendant SYOSSET CENTRAL SCHOOL DISTRICT (by an officer or agent thereof), within thirty (30) days from the date of service hereof, in accordance with Rule 33 of the Federal Rules of Civil Procedure and the Rules of the United States District Court, answer under oath, the following interrogatories:

## INSTRUCTIONS

In answering each interrogatory:

1.      Identify by date, sender, recipient, location and custodian each document relied upon or which forms a basis for the answer given or which corroborates the answer given or the substance of what is given in answer to these interrogatories;

2.      State whether the information furnished is within the personal knowledge of the person answering, and if not, the name, if known, of each person to whom the information is a matter of personal knowledge;

3.      Identify each person who assisted or participated in preparing and/or supplying any of the information given in answer to or relied upon in preparing answers to these interrogatories; and

4.      If you maintain that any document or record which refers to or relates to anything about which these interrogatories ask has been destroyed or is no longer in the answering defendant's custody or control due to a seizure by the government, set forth the content of said document, the location of any copies of said document, the date of such destruction or seizure and the name of the

person who ordered or authorized such destruction or seizure with regard to documents seized by the government identify the current location of the documents and the custodian of the documents.

**PLEASE TAKE NOTICE** that a copy of such answers must be served upon the undersigned within 30 days after the service of these interrogatories.

## DEFINITIONS

1.      The term "defendant" or "you" or "your" shall mean Syosset Central School District, the defendant in this action, or any predecessor or successor in interest during any period of time referred to in the complaint and through the date of the answering of these interrogatories, or any of its officers, agents or employees acting within the scope of their actual, implied or apparent authority.

2.      The term "Casey" shall mean the second named defendant in this action, Thomas Casey, or any predecessor or successor in interest during any period of time referred to in the complaint and through the date of the answering of these interrogatories.

3.      The term "School District" shall mean Syosset Central School District, the defendant in this action, or any predecessor or successor in interest during any period of time referred to in the complaint and through the date of the answering of these interrogatories, or any of its officers, agents or employees acting within the scope of their actual, implied or apparent authority.

4.      The term "plaintiff" or "plaintiffs" shall mean the plaintiffs in this action, or any predecessor or successor in interest during any period of time referred to in the complaint through the date of the answering of these interrogatories.

5.      "Person" shall refer to a natural person, partnership, corporation, incorporated association, or other legal entity.

6.      The term "document" means all writings of any kind, including the original and all non-identical copies, whether different from the originals by reason of any notations made on such copies or otherwise including without limitation, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, summaries, pamphlets, books, inter-office and intra-office communications, notations of any sort of conversations, telephone calls, meetings, or other

-2-

communications, bulletins, printed matter, computer print-outs or punch card, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind, including without limitation, photographs, blue prints, diagrams, charts, graphs, microfiche, microfilms, videotapes, recordings, motion pictures and electronic, mechanical or electrical records or representations of any kind, including, without limitation, photographs, blue prints, diagrams, charts, graphs, microfiche, microfilms, videotapes, recordings, motion pictures and electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs, recordings.

7.     "Communications" means every manner of transmitting and receiving facts, information, opinion and thoughts, whether orally, by document, writing or copy thereof, or otherwise.

8.     "Identify" or "identity" used in reference to an individual person means to state (i) their full name and present address, (ii) their present or last known position and business affiliation, and (iii) their positions and affiliations at the time in question.

9.     "Identify" or "identity" when used in reference to a business entity means to state the full name of the business entity, the nature of the entity (i.e., corporation, partnership, etc.) its place of incorporation, if applicable, its principal place of business, and its telephone number.

10.     "Identify" or "identity", when used in reference to documents, means to give, to the extent known, the type of document, general subject matter, date, author, addressee and recipients.

11.     Where an interrogatory asks that defendant "identify" a communication or where in response to an interrogatory it is stated that any communication was written or oral in whole or in part:

(a)     If written, in whole or in part, a true copy of such writing may be attached to the answer. If a true copy of such writing is not attached, then identify that writing in accordance with the provisions of paragraph 8 above.

-3-

(b)    If oral, in whole or in part, set forth in detail and in particularity (i) the date and place of each such conversation; (ii) each person present at each such conversation; (iii) whether each such conversation was in person, by telephone or otherwise; and (iv) the substance of each such conversation specifying who said what to whom.  If there are any notes, memoranda, diary entries or other writings substantiating or relating in any way to any such conversation identify or set forth a true copy of each such writing.

12.    "Identify" or "identity", when used in reference to an alleged act, error, omission, representation, statement, duty (contractual or otherwise), breach of duty (contractual or otherwise), commission or omission of any activity, failure to perform any alleged duty, service or obligation in any manner whatsoever shall mean:

(a)    The date of the alleged act or omission, etc.;

(b)    The place of the act or omission, etc.; and

(c)    Identification of who acted on behalf of any person or entity with respect to the alleged act or omission, etc.

13.    Whenever used herein, the singular includes the plural and vice versa; the words "and" and "or" shall be both conjunctive and disjunctive; the word "all" means "any and all"; the word "any" means "any and all"; the word "including" means "including without limitation."

14.    The time frame of the Interrogatories is September 2000 until the present unless otherwise specified.

15.    The terms used herein shall have the definitions used in the Complaint filed in this action unless otherwise specified.

## INTERROGATORIES

1.    Identify all individuals associated with the defendant who have relevant information in connection with this action.

2.    For each individual identified in the preceding paragraph:

(a)    Identify the person's name;

-4-

        (b)      Identify the person's work address;

        (c)      Identify the person's work telephone number; and

        (d)      Identify the person's title and/or relationship to defendant.

3.      State with particularity defendant Thomas Casey's hire date.

4.      Describe with particularity how plaintiffs' damages were "sustained" through the culpable conduct of the plaintiffs, including "contributory negligence or assumption of risk" as alleged in paragraph 17 of defendant's answer.

5.      Describe with particularity the action taken by defendant Syosset Central School District in connection with plaintiffs' Notice of Claim.

6.      Identify all documents, notes, correspondence and memoranda prepared by defendant, its officers or agents in connection with plaintiffs' Notice of Claim.

7.      Identify all documents, notes, memoranda, reports and records prepared by defendant, its officers or agents in connection with any disciplinary action against Thomas Casey from the time of his employment with the School District to the present.

8.      Identify all individuals known by the School District to have knowledge in connection with any disciplinary action against defendant Casey from the time of his employment with the School District to the present.

9.      Identify all documents, notes, memoranda, reports and records prepared by defendant, its officers or agents in connection with any sexual harassment or sexual discrimination claims against defendant Casey from the time of his employment with the School District to the present.

10.      Identify all individuals known by the School District to have knowledge in connection with any sexual harassment or sexual discrimination claims against defendant Casey from the time of his employment with the School District to the present.

11.      Identify all documents, notes, memoranda, reports and records within the possession, custody or control of the School District, its officers or agents in connection with any sexual

-5-

harassment claim, sexual discrimination claim or disciplinary action against defendant Casey from the time of his employment with the School District to the present.

12.     Provide a detailed description of defendant Casey's job duties as a teacher employed by the School District.

13.     State with particularity defendant's rules, regulations, procedures or policies, if any, with respect to student/teacher relationships.

**PLEASE TAKE FURTHER NOTICE**, that these interrogatories are to be deemed continuing and require the furnishing of additional, updated or revised information as it becomes available to you.

Dated: Garden City, New York
　　　June 23, 2003

WILLIAM H. ENGLANDER, P.C.
William H. Englander (WE 6416)
Co-counsel for Plaintiff
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000

JASPAN SCHLESINGER HOFFMAN LLP

By: _____
STEPHANIE P. TAYLOR (ST7997)
Co-counsel for Plaintiff
300 Garden City Plaza
Garden City, NY 11590
(516) 746-8000

-6-

TO:    THOMAS F. LIOTTI, ESQ.
Law Offices of Thomas F. Liotti
Attorneys for Defendant
  Thomas Casey
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700

ARTHUR J. SMITH, ESQ.
Baxter & Smith, P.C.
Attorneys for Defendant
  Syosset Central School District
125 Jericho Turnpike, Suite 302
Jericho, New York 11753
(516) 997-7330

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KARA TESORIERO and KRISTA TESORIERO,

Plaintiffs,

-against-

SYOSSET CENTRAL SCHOOL DISTRICT
and THOMAS CASEY,

Defendants.
-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Civil Case No. 02-CV-4348
(DRH/WDW)

    I, **STEPHANIE P. TAYLOR,** hereby certify that on the **24TH** day of **June 2003**, I caused to be mailed one (1) copy each of **PLAINTIFFS' FIRST SET OF INTERROGATORIES and PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT SYOSSET CENTRAL SCHOOL DISTRICT** to each defendant by depositing the same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to the attorneys listed below, at the addresses indicated below.

Dated: Garden City, New York
       June 24, 2003

JASPAN SCHLESINGER HOFFMAN LLP
Co-counsel for Plaintiffs

By: _____
    STEPHANIE P. TAYLOR (ST 7997)
    300 Garden City Plaza
    Garden City, NY 11590
    (516) 746-8000

TO:    THOMAS F. LIOTTI, ESQ.
Law Offices of Thomas F. Liotti
Attorneys for Defendant
  Thomas Casey
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700

ARTHUR J. SMITH, ESQ.
Baxter & Smith, P.C.
Attorneys for Defendant
Syosset Central School District
125 Jericho Turnpike, Suite 302
Jericho, New York 11753
(516) 997-7330

LAW OFFICES OF:
JASPAN SCHLESINGER HOFFMAN LLP

Civil Case No. 02-CV-4348
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARA TESORIERO and KRISTA TESORIERO,

                          Plaintiffs,

      - against -

SYOSSET CENTRAL SCHOOL DISTRICT and
THOMAS CASEY,

                          Defendants.

**PLAINTIFFS' FIRST SET OF INTERROGATORIES and**
**PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**
**TO DEFENDANT SYOSSET CENTRAL SCHOOL DISTRICT**

## JASPAN SCHLESINGER HOFFMAN LLP
*Attorneys for Plaintiffs*
300 Garden City Plaza
Garden City, New York 11530-3324
(516) 746-8000

*To:*

*Attorney(s) for*

*Certified Pursuant to Rule 130-1.1-a*

*Stephanie P. Taylor, Attorney*

*Service of a copy of the within*                                    *is hereby admitted.*

*Dated:*            ..................................................................
                              *Attorney(s) for*

*PLEASE TAKE NOTICE*

_____          *that the within is a (certified) true copy of a*
Notice of      *entered in the office of the clerk of the within named Court on*              *2002*
 Entry

_____          *that an Order of which the within is a true copy will be presented for settlement to the Honorable*
Notice of                          *, one of the judges of the within named Court,*
Settlement     *at*
               *on*            *2002, at   m.*

*Dated:*

*To:*
*Attorney(s) for*