UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X Our File No. 12822DZNKN
KARA TESORIERO and KRISTA TESORIERO,

                Claimants,      **PRIVILEGE LOG**

              -against-

SYOSSET CENTRAL SCHOOL DISTRICT
and THOMAS CASEY,
                            Civil case no.: 02-CV-4348
             Defendants.
------------------------------------X

In accordance with Local Civil Rule 26.2, we are asserting that certain documents are privileged, and therefore undiscoverable.

**DOCUMENT 1:**
    (1) Meeting as a result of litigation and for preparation of future litigation.
    (2)(A)    (i) Letter
                (ii) Date of Meeting with Defendant Casey and Defendant Syosset Central School District.
                (iii) November 27, 2001.
                (iv) Author is Dr. Jeffrey Streitman, recipient is Mr. Thomas Casey.

**DOCUMENT 2:**
    (1) Meeting as a result of litigation and for preparation of future litigation.
    (2)(A)    (i) Memorandum
                (ii) Meeting with Mr. Casey, and other school officials to discuss Plaintiff's Notice of Claim.
                (iii) December 4, 2001.
                (iv) Author of the document is Dr. Jeffrey Streitman.

Dated: Jericho, New York
       October 30, 2003.

                                        By: _____
                                            ARTHUR J. SMITH, ESQ.
                                            AJS # 3567
                                            BAXTER & SMITH, P.C.
                                            Attorneys for Defendant

SYOSSET CENTRAL SCHOOL DIS.
125 Jericho Turnpike, Suite 302
Jericho, New York  11753
(516) 997-7330

TO: WILLIAM H. ENGLANDER, P.C.
Attorneys for Plaintiff
300 Garden City Plaza
Garden City, New York  11530
(516) 746-8000

Ms. Laurel R. Kretzing
JASPAN SCHLESINGER HOFFMAN, LLP
Attorneys for Plaintiffs
300 Garden City Plaza
Garden City, New York  11530
(516) 746-8000

LAW OFFICES OF THOMAS LIOTTI
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KARA TESORIERO and KRISTA TESORIERO,

                    Claimants,

- against -

SYOSSET CENTRAL SCHOOL DISTRICT and THOMAS CASEY,

                    Defendants.

---

## PRIVILEGE LOG

---

**BAXTER & SMITH, P.C.**
Attorneys at Law
Attorneys for Defendants – Syosset Central School District

Office and Post Office Address, Telephone

**125 Jericho Turnpike, Suite 302
Jericho, New York 11753
(516) 997-7330**