# BAXTER & SMITH, P.C.
Attorneys at Law
125 Jericho Turnpike, Suite 302
Jericho, New York 11753

Telephone: (516) 997-7330
Facsimile: (516) 997-7488
Website: Baxterandsmithpc.com

Robert C. Baxter
Arthur J. Smith
Sim R. Shapiro

Paul T. Buerger, Jr.
Catherine Gibbons Clement
Valerie L. Nieves
E. Charles Haynes
William Boltrek III
Victor Kotec
Anne Marie Ladia
Roseann Madonna

New York Office
305 Broadway
New York, NY 10007
Tel. No. (212) 732-9800
Fax No. (212) 732-0152

Westchester Office
200 Mamaroneck Ave.
White Plains, NY 10601
Tel. No. (914) 684-1055
Fax No. (914) 684-1058

Buffalo Office
69 Delaware Ave., Ste 1000
Buffalo, NY 14202
Tel No. (716) 854-6140
Fax No. (716) 854-6540

January 20, 2004

JASPAN SCHLESINGER HOFFMAN, LLP
300 Garden City Plaza
Garden City, New York 11530

Attn: Ms. Laurel R. Kretzing

     Re: <u>Tesoriero v. Syosset Central School District</u>
        Claim No.:  K1-003928&7
        Date of Loss: Unknown
        Our File No.: 12822DZNKN
        Civil Case No: 02-CV-4348

Dear Ms. Kretzing:

  In accordance with U.S Magistrate Judge Wall's decision of January 14, 2004, enclosed you will find a copy of defendant Thomas Casey's 3020(a) charges, as well as the agreement and stipulation that were reached as a result of said charges.

  Should you have any further questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

BAXTER & SMITH, P.C.

By: *[signature]*

WILLIAM BOLTREK III

WB/si

Enc.

cc. LAW OFFICES OF THOMAS LIOTTI
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700