

Since 1946

# JASPAN SCHLESINGER HOFFMAN LLP
### ATTORNEYS AT LAW

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516-746-8000 • FACSIMILE 516-393-8282
www.jshllp.com

**LAUREL R. KRETZING**
Partner
lkretzing@jshllp.com

**DELAWARE OFFICE**
1201 N. ORANGE ST.
SUITE 1001
WILMINGTON, DE 19801
TELEPHONE 302-351-8000
FACSIMILE 302-351-8010

January 21, 2004

**Via Facsimile Transmission**
William Boltrek III, Esq.
Baxter & Smith, P.C.
125 Jericho Turnpike, Suite 302
Jericho, New York 11753

Re: **Tesoriero, et al v. Syosset Central School District and Thomas Casey**

Dear Mr. Boltrek:

I am in receipt of your letter dated January 20, 2004 enclosing the Charges and the executed Settlement Agreement.

My prior requests and Judge Wall's Order encompassed everything maintained by Dr. Streitman with respect to Mr. Casey **except** the two documents listed on the privilege log. At the very least, the communications from Mr. Casey's psychotherapist to Dr. Streitman have not been produced. I also find it hard to believe that there are no other notes or memoranda relevant to the Charges. Kindly produce the remainder of the documents or give me an express written representation that no further documents exist.

Please do not make me go to Court again. If I do, I will seek sanctions and I believe the Court may favorably consider such an application.

Very truly yours,

LAUREL R. KRETZING

LRK/jlr
cc: Thomas Liotti, Esq.
**Via Facsimile Transmission**

LRK/D354535v1/F037879