

Since 1946

# JASPAN SCHLESINGER HOFFMAN LLP
### ATTORNEYS AT LAW

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516-746-8000 • FACSIMILE 516-393-8282
www.jshllp.com

**LAUREL R. KRETZING**
Partner
lkretzing@jshllp.com

**DELAWARE OFFICE**
1201 N. ORANGE ST.
SUITE 1001
WILMINGTON, DE 19801
TELEPHONE 302-351-8000
FACSIMILE 302-351-8010

January 22, 2004

**Via Facsimile Transmission**
William Boltrek III, Esq.
Arthur J. Smith, Esq.
Baxter & Smith, P.C.
125 Jericho Turnpike, Suite 302
Jericho, New York 11753

Re: **Tesoriero, et al v. Syosset Central School District and Thomas Casey**

Dear Mr. Boltrek and Mr. Smith:

This is a follow-up to my letter to Mr. Boltrek yesterday and a further attempt to complete discovery in this mater without further Court intervention. This morning I received defendant Casey's response to the document request I had served on him. This response, which includes a list of documents that the School District included on a privilege log prepared in the context of the 3020-a case against Casey, confirms that in fact the School District has failed to produce substantial relevant evidence which has previously been requested and has previously been ordered by the Court to be produced. These documents were never included on a privilege log in this action and are in fact not privileged insofar as they consist of notes and tape recordings made in the course of the 3020-a investigation and should be produced without further delay.

For your ease of reference I annex the 3020-a privilege log and circle the documents which must be produced. However, I expect you to undertake a good faith analysis and review of the documents in the possession custody and control of the School District, including its attorneys at the Rains & Pogrebin firm and produce all relevant, non-privileged documents so that we can proceed with the depositions of Dr. Streitman and Mr. Casey any day next week. Please advise.

Very truly yours,

LAUREL R. KRETZING

LRK/jlr
cc: Thomas Liotti, Esq.
    **Via Facsimile Transmission**

LRK/D354535v1/F037879

# PRIVILEGE LOG

| # | TYPE OF DOCUMENT | GENERAL SUBJECT MATTER | DATE OF DOCUMENT | AUTHOR OF DOCUMENT | PRIVILEGE(S) ASSERTED |
|---|---|---|---|---|---|
| 1 | Notes | Meetings with Kr. T. and Ka. T. | February 2, 2001 - September 11, 2001 | Dr. Linda Fazio | FERPA |
| 2 | Notes | Time table of events re: T. matter. | April 17, 2001 - September 10, 2001 | Richard Collins | FERPA |
| 3 | Notes | Conversations with Dr. Linda Fazio and Michael T. re: Ka. T and Kr. T. | April 19, 2001 | Richard Collins | FERPA |
| 4 | Notes | Attorney's notes re: conference call with Dr. Jeffrey B. Streitman and Dr. Jorge Schneider. | September 10, 2001 | Richard K. Zuckerman, Esq. | work product, attorney-client privilege |
| 5 | Notes | Meeting with Dr. Jorge Schneider and Ka. T. | September 10, 2001 | Dr. Stephanie Kaley | FERPA |
| 6 | Notes | Meeting with Dr. Jorge Schneider and Ka. T. | September 10, 2001 | Dr. Stephanie Kaley | FERPA |
| 7 | Notes | Meeting with Dr. Jorge Schneider and Ka. T. | September 10, 2001 | Dr. Stephanie Kaley | FERPA |
| 8 | Faxed letter | Draft settlement agreement re: Thomas Casey. | November 6, 2001 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 9 | Pleading | Verified Notice of Claim. | November 7, 2001 | Michael T., Laurene T., Laurel Kretzing, Esq., William Englander, Esq. | FERPA |
| 10 | Faxed letter | § 50-h examination in the T. matter. | November 14, 2001 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 11 | Faxed letter | Notice of Claim filed by the T. family. | November 15, 2001 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 12 | Letter | § 50-h examination in the T. matter. | November 15, 2001 | Dr. Carole G. Hankin | attorney-client, work product |
| 13 | Pleading | Demand for § 50-h examination. | November 16, 2001 | Richard K. Zuckerman, Esq. | FERPA |
| 14 | Transcript | § 50-h examination transcript of Michael T. and Laurene T. | December 11, 2001 | N/A | FERPA |
| 15 | Faxed letter | T.s' § 50-h examinations. | December 13, 2001 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 16 | Faxed letter | T.'s demand to settle the matter. | December 21, 2001 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 17 | Memo | Thomas Casey § 3020-a charges. | December 21, 2001 | Dr. Jeffrey B. Streitman | work-product |
| 18 | Faxed letter | Thomas Casey § 3020-a charges. | January 3, 2002 | Richard K. Zuckerman, Esq. | attorney-client, work product |

4

| # | Type | Description | Date | Author/Recipient | Privilege |
|---|---|---|---|---|---|
| 1 | Notes | Preparation notes for interviews of Richard Collins, Dr. Jorge Schneider, Dr. Linda Fazio, Dr. Stephanie Kaley, Michale Dolley, Laurie Haubrich. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 20 | Notes | Attorney's investigation/interview of Dr. Stephanie Kaley. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 21 | Notes | Attorney's investigation/interview of Dr. Laurie Haubrich. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 22 | Notes | Attorney's investigation/interview of Dr. Linda Fazio. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 23 | Notes | Attorney's investigation/interview of Richard Collins. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 24 | Notes | Attorney's investigation/interview of Dr. Jorge Schneider. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 25 | Notes | Attorney's investigation/interview of Michael Dolley. | January 11, 2002 | Richard K. Zuckerman, Esq. | work product |
| 26 | Faxed letter | § 3020-a procedures. | January 29, 2002 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 27 | Letter | Interview of Dr. Jorge Schneider and Richard Collins. | January 29, 2002 | Richard K. Zuckerman, Esq. | attorney-client, work product |
| 28 | Draft letter | Casey § 3020-a. | January 29, 2002 | Richard K. Zuckerman, Esq. and Julie A. Torrey, Esq. | work product |
| 29 | Letter and Pleading | Letter re: § 50-h examination and attached demand for § 50-h examination. | January 29, 2002 | Sharon N. Berlin, Esq. | FERPA |
| 30 | Notes | Notes by Dr. Laurie Haubrich re: Thomas Casey and Mr. and Mrs. T., Ka. T., Kr. T. and recommendation form. | January 29, 2002 | Dr. Laurie Haubrich | work product, FERPA |
| 31 | Transcript | § 50-h examination transcript of Kr. T. | March 6, 2002 | N/A | FERPA, GML §50-h(3) |
| 32 | Transcript | § 50-h examination transcript of Ka. T. | March 6, 2002 | N/A | FERPA, GML §50-h(3) |
| 33 | E-mail | Casey/insurance coverage. | March 19, 2002 | Richard K. Zuckerman, Esq. | attorney-client |
| 34 | E-mail | Insurance coverage and T. § 50-h examination transcripts. | March 20, 2002 | Jeanette Perrotta | attorney-client |
| 35 | E-mail | Insurance coverage and T. § 50-h examination transcripts. | March 20, 2002 | Richard K. Zuckerman, Esq. | attorney-client |
| 36 | Faxed letter | Casey § 3020-a pre-hearing conference. | April 15, 2002 | Richard K. Zuckerman, Esq. | attorney-client |
| 37 | E-mail | Casey § 3020-a pre-hearing conference. | April 24, 2002 | Richard K. Zuckerman, Esq. | attorney-client |

| # | Type | Description | Date | Author/Recipient | Privilege |
|---|---|---|---|---|---|
| 38 | Letter | Casey § 3020-a. | May 29, 2002 | Alyce H. Goodstein, Esq. | attorney-client, work product |
| 39 | Notes | T. § 50-h issues. | Undated | Sharon N. Berlin, Esq | work product |
| 40 | Notes | T. § 50-h issues. | Undated | Richard K. Zuckerman, Esq. | work product |
| 41 | Notes | Legal pad re: T. matter. | Undated | Richard K. Zuckerman, Esq. | work product |
| 42 | Notes | Legal pad re: T. matter. | Undated | Sharon N. Berlin, Esq. | work product |
| 43 | Notes | Legal pad re: Ka. T. and Kr. T. | Undated | Sharon N. Berlin, Esq. | work product |
| 44 | Notes | T. § 50-h outline. | Undated | Sharon N. Berlin, Esq. | work products |
| 45 | Notes | Meeting with Richard K. Zuckerman, Esq. Re: T. matter and notes re: Casey § 3020-a. | Undated | Alyce H. Goodstein, Esq. | work product |
| 46 | Audio tapes (2) | Interviews by Richard K. Zuckerman, Esq. of Dr. Laurie Haubrich, Richard Collins, Dr. Jorge Schneider, Dr. Linda Fazio and Dr. Stephanie Kaley. | Undated | N/A | work product |
| 47 | Notes | Things to do list re: T. Notice of Claim. | Undated | Sharon N. Berlin, Esq. | work product |

Dated:  Mineola, New York
        June 17, 2002

Yours, etc.,

By: Richard K. Zuckerman
RAINS & POGREBIN, P.C.
Attorneys for Complainant
210 Old Country Road
Mineola, New York 11501
(516) 663-5418

Alyce H. Goodstein, Esq.
    Of Counsel

TO: Conrad W. Lower, Esq.
    NYSUT
    Attorney for Respondent
    260 Park Avenue South
    New York, NY 10010
    (212) 533-6300

```
*********************************
***   MULTI TX/RX REPORT   ***
*********************************

TX/RX NO            1976
PGS.                5
TX/RX INCOMPLETE    -----
TRANSACTION OK      (1)  #1257942816
                    (2)  #1269977488
ERROR INFORMATION   -----
```

# JASPAN SCHLESINGER HOFFMAN LLP
## Attorneys at Law
### 300 Garden City Plaza
### Garden City, New York 11530-3324
### (516) 746-8000 (telephone)
### (516) 393-8282 (facsimile)

---

# FACSIMILE COVER SHEET

# PLEASE DELIVER IMMEDIATELY TO:

| Thomas F. Liotti, Esq.<br>Law Offices of Thomas F. Liotti<br>Fax: 516-794-2816<br>Telephone: 516-794-4700 | Arthur J. Smith, Esq./William Boltrek, III<br>Baxter & Smith, P.C.<br>Fax: 516-997-7488<br>Telephone: 516-997-7330 |
|---|---|

**SENDER:** Laurel R. Kretzing, Esq.    **OUR FILE NO.:** 37879

**MATTER:** Tesoriero v. Syosset CSD and Thomas Casey

**DATE TRANSMITTED:** January 22, 2004    **PAGES** (including this cover page): 5

IF YOU DO NOT RECEIVE THE TOTAL TRANSMISSION PLEASE CALL (516) 746-8000, EXT. 424

COMMENTS/SPECIAL INSTRUCTIONS:

---

**SENT BY:**    **DATE:**    **TIME:**

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US

# JASPAN SCHLESINGER HOFFMAN LLP
## Attorneys at Law
### 300 Garden City Plaza
### Garden City, New York 11530-3324
### (516) 746-8000 (telephone)
### (516) 393-8282 (facsimile)

## FACSIMILE COVER SHEET

# PLEASE DELIVER IMMEDIATELY TO:

| | |
|---|---|
| Thomas F. Liotti, Esq.<br>Law Offices of Thomas F. Liotti<br>Fax: 516-794-2816<br>Telephone: 516-794-4700 | Arthur J. Smith, Esq./William Boltrek, III<br>Baxter & Smith, P.C.<br>Fax: 516-997-7488<br>Telephone: 516-997-7330 |

**SENDER:** Laurel R. Kretzing, Esq.

**OUR FILE NO.:** 37879

**MATTER:** Tesoriero v. Syosset CSD and Thomas Casey

**DATE TRANSMITTED:** January 22, 2004

**PAGES** (including this cover page): 5

IF YOU DO NOT RECEIVE THE TOTAL TRANSMISSION PLEASE CALL (516) 746-8000, EXT. 424

COMMENTS/SPECIAL INSTRUCTIONS:

**SENT BY:**          **DATE:**          **TIME:**

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW, IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.