

Since 1946

**LAUREL R. KRETZING**
Partner
lkretzing@jshllp.com

# JASPAN SCHLESINGER HOFFMAN LLP
### ATTORNEYS AT LAW

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516-746-8000 • FAX 516-393-8282
www.jshllp.com

**DELAWARE OFFICE**
1201 N. ORANGE ST.
SUITE 1001
WILMINGTON, DE 19801
TELEPHONE 302-351-8000
FAX 302-351-8010

January 27, 2004

**Via Facsimile Transmission**
Thomas F. Liotti, Esq.
Law Offices of Thomas F. Liotti
600 Old Country Road, Suite 530
Garden City, New York 11530

Arthur Smith, Esq.
Baxter & Smith, P.C.
125 Jericho Turnpike, Suite 302
Jericho, New York 11753

Re: **Tesoriero, et al v. Syosset Central School District and Thomas Casey**

Dear Counsel:

Please confer and advise me as to when we can complete the depositions of Dr. Streitman and Mr. Casey. As you know they must be completed before February 3, 2003. I would be amenable to conducting them at the Courthouse at 10:00 AM so that they are both completed prior to our 2PM status conference. I still await further document production from the School District pursuant to my letter of January 22, 2004.

Please advise.

Very truly yours,

LAUREL R. KRETZING

LRK/jlr
Enclosure

LRK/D353192v1/F037879

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4077
RECIPIENT ADDRESS     9977488
DESTINATION ID
ST. TIME              01/27 18:43
TIME USE              00'47
PAGES SENT            2
RESULT                OK
```

# JASPAN SCHLESINGER HOFFMAN LLP
## Attorneys at Law
### 300 Garden City Plaza
### Garden City, New York 11530-3324
### (516) 746-8000 (telephone)
### (516) 393-8282 (facsimile)

## FACSIMILE COVER SHEET

# PLEASE DELIVER IMMEDIATELY TO:

| William Boltrek III, Esq. | Thomas F. Liotti, Esq. |
| Baxter & Smith, P.C. | Law Offices of Thomas F. Liotti |
| Fax: 516-997-7488 | Fax: 516-794-2816 |
| Telephone: 516-997-7330 | Telephone: 516-794-4700 |

SENDER: Laurel R. Kretzing, Esq.     OUR FILE NO.: 37879

MATTER: Tesoriero v. Syosset CSD and Thomas Casey

DATE TRANSMITTED: January 21, 2004     PAGES (including this cover page): 8

IF YOU DO NOT RECEIVE THE TOTAL TRANSMISSION PLEASE CALL (516) 746-8000, EXT. 424

COMMENTS/SPECIAL INSTRUCTIONS:


SENT BY:     DATE:     TIME:

```
                    **********************
                    ***   TX REPORT    ***
                    **********************

   TRANSMISSION OK

   TX/RX NO              4078
   RECIPIENT ADDRESS     7942816
   DESTINATION ID
   ST. TIME              01/27 18:44
   TIME USE              00'46
   PAGES SENT            2
   RESULT                OK
```

# JASPAN SCHLESINGER HOFFMAN LLP
## Attorneys at Law
### 300 Garden City Plaza
### Garden City, New York 11530-3324
### (516) 746-8000 (telephone)
### (516) 393-8282 (facsimile)

## FACSIMILE COVER SHEET

# PLEASE DELIVER IMMEDIATELY TO:

| William Boltrek III, Esq.<br>Baxter & Smith, P.C.<br>Fax: 516-997-7488<br>Telephone: 516-997-7330 | Thomas F. Liotti, Esq.<br>Law Offices of Thomas F. Liotti<br>Fax: 516-794-2816<br>Telephone: 516-794-4700 |
|---|---|

SENDER: Laurel R. Kretzing, Esq.                          OUR FILE NO.: 37879

MATTER: Tesoriero v. Syosset CSD and Thomas Casey

DATE TRANSMITTED: January 21, 2004                        PAGES (including this cover page): 8

---

IF YOU DO NOT RECEIVE THE TOTAL TRANSMISSION PLEASE CALL (516) 746-8000, EXT. 424

COMMENTS/SPECIAL INSTRUCTIONS:

---

SENT BY:                      DATE:                       TIME:

# JASPAN SCHLESINGER HOFFMAN LLP
## Attorneys at Law
300 Garden City Plaza
Garden City, New York 11530-3324
(516) 746-8000 (telephone)
(516) 393-8282 (facsimile)

## FACSIMILE COVER SHEET

# PLEASE DELIVER IMMEDIATELY TO:

| William Boltrek III, Esq.<br>Baxter & Smith, P.C.<br>Fax: 516-997-7488<br>Telephone: 516-997-7330 | Thomas F. Liotti, Esq.<br>Law Offices of Thomas F. Liotti<br>Fax: 516-794-2816<br>Telephone: 516-794-4700 |
|---|---|

SENDER: **Laurel R. Kretzing, Esq.**         OUR FILE NO.: **37879**

MATTER: **Tesoriero v. Syosset CSD and Thomas Casey**

DATE TRANSMITTED: **January 21, 2004**         PAGES (including this cover page): **8**

IF YOU DO NOT RECEIVE THE TOTAL TRANSMISSION PLEASE CALL (516) 746-8000, EXT. 424

### COMMENTS/SPECIAL INSTRUCTIONS:

---

SENT BY:                    DATE:                    TIME:

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

REV 10/96