BEFORE: WILLIAM D. WALL  DATE: 5/26/04

UNITED STATES MAGISTRATE JUDGE  TIME: 3:00 p.m.
DOCKET NO. CV 02-4348  ASSIGNED JUDGE: Hurley

CASE NAME: Tesoriero v. Syosset School District et al.

<u>CIVIL CONFERENCE</u>

Initial _____  Telephone-Status __X__  Settlement _____  Pretrial _____

Other _____

APPEARANCES:   Plaintiff        Laurel Kretzing

                Defendant      Robert H. Cohen   (Syosset SD

                               Def. Casey - NO APPEARANCE

                               _____

SCHEDULING:

1. The next _____ conference will be held on _____

THE FOLLOWING RULINGS WERE MADE: Defendant's letter motion of May 17, 2004 is GRANTED to the following extent; all Rule 26 Reports must be served by June 30, 2004. Any party wishing to move for summary judgment must request a pre-motion conference with Judge Hurley by June 30, 2004. The pretrial conference is adjourned *sine die.* Mr. Cohen shall contact this court upon receipt of Judge Hurley's decision.

SO ORDERED