UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KARA TESORIERO and KRISTA TESORIERO,

                      Plaintiffs,                    **STIPULATION AND ORDER**

    -against-

SYOSSET CENTRAL SCHOOL DISTRICT         Civ. Case No. 02-CV-4348
and THOMAS CASEY,                                    (DRH/WDW)

                      Defendants.
-------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiffs Kara Tesoriero and Krista Tesoriero ("Plaintiffs") and defendant Syosset Central School District ("Defendant") as follows:

       **WHEREAS,** by Order dated February 19, 2004, Magistrate Judge Wall awarded Plaintiffs attorneys fees and costs relating to Plaintiffs' letter motion dated January 30, 2004.

       **WHEREAS,** counsel incurred the amount of $2,144.70 for professional services rendered to and on behalf of Plaintiffs, plus disbursements in the amount of $65.37 regarding the January 30, 2004 letter motion, $3,105.90 for professional services rendered regarding the appeal of the Order plus disbursements in the amount of $45.72, for a total award of $5,361.69, which includes $111.09 in costs.

       **WHEREAS,** on April 14, 2004 Plaintiffs moved this Court for an Order fixing the amount of attorneys fees to which Plaintiffs were entitled to recover of Defendant and for such other and further relief as to the Court seems just and proper.

       **NOW THEREFORE,** the parties hereto stipulate and agree as follows:

       1.     **Settlement Payment:** Defendant shall pay to Jaspan Schlesinger Hoffman LLP in connection with the January 30, 2004 letter motion $2,144.70 for professional services rendered to and on behalf of Plaintiffs, plus disbursements in the amount of $65.37 regarding the January 30, 2004, totaling the amount of $2210.07 within ten (10) days after the entry of an order approving this Settlement.

       2.     **Reservation of Rights:** Plaintiffs and Defendants reserve all rights with respect to the remainder of the amount of $3,105.90 for professional services rendered regarding the appeal of the Order plus disbursements in the amount of $45.72, totaling the amount of $3151.62, in the event Plaintiffs

are prevailing parties at trial and are entitled to make application for the recovery of attorney's fees and expenses.

Dated: Garden City, New York
        June    , 2004

JASPAN SCHLESINGER HOFFMAN LLP      LAMB & BARNOSKY, P.C.

By:     S/ Laurel R. Kretzing                By:     S/ Robert H. Cohen
        Laurel R. Kretzing, Esq.                     Robert H. Cohen, Esq.
        Attorneys for Plaintiffs                     Attorneys for Defendant,
        300 Garden City Plaza                        Syosset Central School District
        Garden City, New York 11530                  534 Broadhollow Road
        (516) 746-8000                               Melville, New York 11747
                                                     (631) 694-2300

SO ORDERED
this ___ day of June, 2004.

_____
THE HONORABLE WILLIAM D. WALL

AJW/D375151v1/F037879                           2