UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KARA TESORIERO AND KRISTA TESORIERO     ORDER OF DISMISSAL
                                                                              CV-02- 4348 (DRH)

     -against-

SYOSSET CENTRAL SCHOOL DISTRICT

     The Court having been informed by letter dated October 26, 2006 that the case has been settled ,

     IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated..

     The trial set for October 30, 2006 is cancelled and the clerk is directed to close this case.

     SO ORDERED.

                                                                              /S/
                                                      DENIS R. HURLEY
                                              United States District Judge

Dated: Central Islip, New York
       October 27, 2006